**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| NOLITA WHITEN, individually and on behalf of A.W., a minor, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 2:26-cv-02225-TLP-tmp |
| v. | ) ) | JURY DEMAND |
| MILLINGTON PUBLIC SCHOOLS, JAMES GRIFFIN, JASON NICHOLS, and MICHAEL PERRY, in their official and personal capacities, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING MOTION TO UNSEAL CASE**
**AND DIRECTING CLERK TO SEAL ALL PREVIOUSLY FILED DOCUMENTS**

Because the facts here relate to minors and contain "sensitive" allegations, Plaintiffs filed this matter under seal. (ECF No. 22.) But Plaintiffs now move unopposed to unseal this case "prospectively." (*Id.*) Meaning, Plaintiffs ask the Court to "unseal[] the above-captioned matters prospectively, allowing the filings and docket to be accessible by public, counsel of record and their respective staff, with the exception of all documents filed and entered up and through to include this instant Motion." (*Id.*)

For good cause shown, the Court **GRANTS** Plaintiffs' Motion. The Court respectfully **DIRECTS** the Clerk to unseal this case except all previously filed documents (ECF Nos. 1–22) shall be placed under seal.

1

**SO ORDERED**, this 16th day of June, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE